# UNITED STATES DISTRICT COURT
for the
## MIDDLE DISTRICT of PENNSYLVANIA

| | |
|---|---|
| CHARLES W. REEVES, | ) |
| *Plaintiff* | ) |
| v. | )  Civil Action No.  3:16-CV-1080 |
| NANCY A. BERRYHILL, | )  (Chief Judge Conner) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* )
_____ recover costs from the plaintiff *(name)*
_____ .

X other: <u>JUDGMENT be and is hereby ENTERED in favor of defendant NANCY A. BERRYHILL ("the Commissioner")</u> and against plaintiff CHARLES W. REEVES, as follows: The Commissioner's decision denying Reeves' application for a period of disability and disability insurance benefits is AFFIRMED, in accordance with the court's order (Doc. 19), dated July 20, 2018.

This action was *(check one)*:

☐ tried by a jury with Judge or Magistrate Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge or Magistrate Judge _____ without a jury and the above decision

X decided by Judge or Magistrate Judge _____ Chief Judge Christopher C. Conner _____

### COMPLAINT FOR REVIEW OF HHS DECISION (SSID)

Date: _____ Jul 20, 2018 _____     *CLERK OF COURT*  PETER WELSH, Acting Clerk of Court

K. McKinney

_____
*Signature of Clerk or Deputy Clerk*